

# Fourth Court of Appeals
## San Antonio, Texas

January 24, 2018

No. 04-17-00321-CR, 04-17-00322-CR
04-17-00323-CR & 04-17-00324-CR

Logan **FIELD,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A16292, A16293, A16294 & A16295
Honorable N. Keith Williams, Judge Presiding

# O R D E R

After retained appellate counsel determined Appellant has no potentially meritorious issues for appeal, they filed a motion to withdraw as Appellant's appellate attorneys. On December 14, 2017, this court granted their motion. *See* TEX. R. APP. P. 6.5(a), (b); *Rivera v. State*, 130 S.W.3d 454, 458 (Tex. App.—Corpus Christi 2004, no pet.). We also abated this appeal and remanded the cause to the trial court to determine whether Appellant desires to prosecute his appeals, if he is indigent, and if Appellant requires court-appointed counsel. *See* TEX. CODE CRIM. PROC. ANN. art. 26.04 (West Supp. 2017).

The trial court found Appellant desires to prosecute his appeals, he is indigent, and it appointed appellate counsel.

We REINSTATE these appeals and the appellate timetables. Appellant's brief is due within THIRTY DAYS of the date of this order.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of January, 2018.



KEITH E. HOTTLE,
Clerk of Court